# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

                              Case No. 03-CR-239
                              U.S.C.A. No. 04-2929

      -vs-

**FREDDY ROSAS,**

        Defendant.

## ORDER

The Court in re-sentencing the defendant Freddy Rosas ("Rosas") on March 24, 2006, committed an error in imposing the sentence. It was the Court's intent to sentence Rosas to a total of 120 months. Instead of sentencing Rosas to 60 months on Count 1 and Count 5 to run concurrent, the Court imposed a sentence of 120 months on Counts 1 and 5 to run concurrent. It then sentenced Rosas to 60 months on Count 4, and pursuant to statute ran Count 4 consecutive to Counts 1 and 5, for a total of 180 months (which exceeded the maximum sentence of the range proposed by the government of 140-175 months).

The Court will amend the judgment of conviction to reflect a sentence of 60 months as to Counts 1 and Five to run concurrent, and a sentence of 60 months as to Count 4 to run consecutive to Counts 1 and 5 for a total of 120 months.

Dated at Milwaukee, Wisconsin, this 22nd day of June, 2006.

                                            **SO ORDERED,**

                                            s/ Rudolph T. Randa
                                            **HON. RUDOLPH T. RANDA**
                                            **Chief Judge**